**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Lori RANDOLPH,**
**Defendant/Appellant.**

**No. ED 80997.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 29, 2003.

Jeremiah W. (Jay) Nixon, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for respondent.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for appellant.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding her guilty of twelve counts of criminal non-support, in violation of Section 568.040 RSMo 1994, on which she was sentenced to four years imprisonment and assessed a fine of $100.00 on each of the twelve counts.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).